IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUDITH ANN GAMBLIN,

        Plaintiff,

v.                                                       No. CV-12-1003 CG

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

### ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** is before the Court on Plaintiff Judith Ann Gamblin's *Motion to Proceed In Forma Pauperis with Financial Affidavit Pursuant to 28 U.S.C. § 1915*, (Doc. 2). The Court has carefully reviewed the motion and finds it to be well-taken.

**IT IS THEREFORE ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefor.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE